# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
----------------------------------------------------------------------X
STEPHEN ANZALONE,
Plaintiff(s),

-against-

JB HUNT TRANSPORT INC. and JORGE LUIS SERRANO QUESADA,

Defendant(s).

----------------------------------------------------------------------X

Index No.:
Date Purchased:

## SUMMONS

Plaintiff designates NASSAU County as the place of trial.

The basis of venue is: Plaintiff's Residence

Plaintiff resides at:
147 Thorne Dr.

Bethpage, NY 11714

County of Nassau

**To the above named Defendants:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: WESTBURY, N.Y.
January 22, 2024

JOHN C. O'ROURKE
LAW OFFICES OF GASSLER & O'ROURKE, P.C.
Attorneys for Plaintiff(s)
STEPHEN ANZALONE
1025 Old Country Road, Suite 315
Westbury, N.Y. 11590
(516) 466-5291

Our File No. 2464

TO: JORGE LUIS SERRANO QUESADA
98 Carr St
SpringField, MA 01118 2207

JB HUNT TRANSPORT INC.
1600 SE 66TH
OKLAHOMA CITY, OK 73149

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------X
STEPHEN ANZALONE,
Plaintiff(s),

-against-

JB HUNT TRANSPORT INC. and JORGE LUIS SERRANO QUESADA,

Defendant(s).

---------------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

Plaintiff, by his attorneys, **LAW OFFICES OF GASSLER & O'ROURKE, P.C.**, complaining of the Defendants, respectfully alleges, upon information and belief:

1. At all times herein mentioned, Plaintiff **STEPHEN ANZALONE** was, and still is, a resident of the County of Nassau, State of New York.

2. At all times herein mentioned, Defendant **JB HUNT TRANSPORT INC.** was, and still is, a resident of the State of Oklahoma.

3. Upon information and belief, and at all times herein mentioned, Defendant, **JB HUNT TRANSPORT INC.**, is and was a domestic corporation licensed to transact and does transact business in the State of New York.

4. Upon information and belief, defendant, **JB HUNT TRANSPORT INC.**, was and at all times hereinafter mentioned is a foreign corporation, authorized to transact and does transact business in the State of New York.

5 At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** was, and still is, a resident of the State of Massachusetts.

6 At all times herein mentioned, Defendant **JB HUNT TRANSPORT INC.** was the owner of a 2017 Truck motor vehicle bearing Oklahoma State registration number 2XT279.

7 At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** operated the aforementioned motor vehicle bearing Oklahoma State registration number 2XT279.

8 At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** operated the aforementioned motor vehicle with the permission of Defendant **JB HUNT TRANSPORT INC.**.

9 At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** operated the aforementioned motor vehicle with the knowledge of the Defendant **JB HUNT TRANSPORT INC.**.

10 At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** operated the aforementioned motor vehicle with the consent of the Defendant **JB HUNT TRANSPORT INC.**.

11. At all times herein mentioned, Defendant **JB HUNT TRANSPORT INC.** managed the aforesaid motor vehicle.

12. At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** managed the aforementioned motor vehicle.

13. At all times herein mentioned, Defendant **JB HUNT TRANSPORT INC.** maintained the aforementioned motor vehicle.

14. At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** maintained the aforementioned motor vehicle.

15. At all times herein mentioned, Defendant **JB HUNT TRANSPORT INC.** controlled the aforementioned motor vehicle.

16. At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** controlled the aforementioned motor vehicle.

17. At all times herein mentioned, Defendant **JORGE LUIS SERRANO QUESADA** operated the aforementioned motor vehicle in the scope of his employment with **JB HUNT TRANSPORT INC.**.

18. At all times herein mentioned, Plaintiff **STEPHEN ANZALONE** was the operator of a 2021 Subaru motor vehicle bearing New York State registration number GTF2039.

19. At all times herein mentioned, Merritts Rd., Fulton Street, Farmingdale, NY in the County of Nassau, State of New York, were public roadways, streets and/or thoroughfares.

20. That on July 21, 2022, Defendant **JORGE LUIS SERRANO QUESADA** was operating the vehicle owned by **JB HUNT TRANSPORT INC.**, at the aforementioned location.

21. That on July 21, 2022, Plaintiff **STEPHEN ANZALONE** was operating his motor vehicle at the aforementioned location.

22. That on July 21, 2022, at the aforementioned location, the motor vehicle owned by Defendant **JB HUNT TRANSPORT INC.** and operated by Defendant **JORGE LUIS SERRANO QUESADA** came into contact with the motor vehicle operated by Plaintiff **STEPHEN ANZALONE**.

23. That as a result of the aforesaid contact, Plaintiff **STEPHEN ANZALONE** was injured.

24. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiff contributing thereto.

25. That Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the Defendants were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

26. That by reason of the foregoing, Plaintiff **STEPHEN ANZALONE** sustained severe and permanent personal injuries; and Plaintiff **STEPHEN ANZALONE** was otherwise damaged.

27. That Plaintiff **STEPHEN ANZALONE** sustained serious injuries as defined by §5102(d) of the Insurance Law of the State of New York.

28. That Plaintiff **STEPHEN ANZALONE** sustained serious injuries and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

29. That Plaintiff **STEPHEN ANZALONE** is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is

obligated to reimburse Plaintiff. Plaintiff is seeking only to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

30. That this action falls within one or more of the exceptions set forth in CPLR §1602.

31. That by reason of the foregoing, Plaintiff **STEPHEN ANZALONE** has been damaged in an amount in excess of the jurisdictional limits of all lower courts.

**WHEREFORE**, Plaintiff **STEPHEN ANZALONE** demands judgment against the Defendants in an amount in excess of the jurisdictional limits of all lower courts, together with the costs and disbursements of this action.

Dated: Westbury, N.Y.
January 22, 2024

Yours, etc.

JOHN C. O'ROURKE
LAW OFFICES OF GASSLER & O'ROURKE, P.C.
Attorneys for Plaintiff(s)
STEPHEN ANZALONE
1025 Old Country Road, Suite 315
Westbury, N.Y. 11590
(516) 466-5291

Our File No. 2464

**PLAINTIFF'S VERIFICATION**

STATE OF NEW YORK, COUNTY OF NASSAU ss:

**STEPHEN ANZALONE,** being duly sworn, says:

I am a Plaintiff in the action herein: I have read the annexed

**COMPLAINT**

and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my personal files.

DATED: Westbury, N.Y.
January 22, 2024

(X) ______________________
**STEPHEN ANZALONE**

Sworn to before me this
22 day of January, 2024

______________________
Notary Public

JOHN C OROURKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02OR5038646
Qualified in Nassau County
My Commission Expires: 1-30-27

Index No.

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NASSAU

STEPHEN ANZALONE,

Plaintiff(s),

-against-

JB HUNT TRANSPORT INC. and JORGE LUIS SERRANO QUESADA,

Defendant(s).

**SUMMONS & VERIFIED COMPLAINT**

**LAW OFFICES OF GASSLER & O'ROURKE, P.C.**
***Attorneys for Plaintiff***
**1025 Old Country Road, Suite 315**
**Westbury, N.Y. 11590**
**(516)466-5291**

TO: